
GELBER + SANTILLO

April 26, 2021

**VIA ECF**
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/21
```

Re: *United States v. Zoraida Gonzalez*, 20-cr-199-4 (KMW)
Travel Request

**MEMO ENDORSED**

Dear Judge Wood:

I write on behalf of defendant Zoraida Gonzalez to seek a modification of the terms of her pretrial release to allow her to travel by flight to Kansas City, MO on May 8, 2021 and return May 9, 2021. Ms. Gonzalez's son will be present in Kansas City with his father, and she needs to travel there to pick him up.

Granted
KMW

Pretrial Services and the Government do not object to this request, subject to the condition that Ms. Gonzalez provide verification to Pretrial Services of the itinerary of her trip prior to departure.

Thank you for your consideration of this request.

Very truly yours,

/s/ Kristen M. Santillo
Kristen M. Santillo

CC: AUSA Brandon Harper
Pretrial Services Officer Andrew Abbott

SO ORDERED: N.Y., N.Y. 4/27/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371