
GELBER + SANTILLO

September 1, 2021

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/21
```

**VIA ECF**
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Zoraida Gonzalez*, 20-cr-199-4 (KMW)
            Travel Request

**MEMO ENDORSED**

Dear Judge Wood:

    I write on behalf of defendant Zoraida Gonzalez to seek a modification of the terms of her pretrial release to allow her to travel to Connecticut for a day trip. Under the current terms of her pretrial release, Ms. Gonzalez is permitted to travel in the Southern and Eastern Districts of New York and the District of New Jersey without prior authorization for any reason, and in the District of Connecticut without prior authorization for the purposes of work.

    Ms. Gonzalez wishes to take her mother to Connecticut on Labor Day, Monday, September 6, 2021. Pretrial Services and the Government do not object to this request.

Granted
KMW

    Thank you for your consideration of this request.

                            Very truly yours,

                            /s/ Kristen M. Santillo
                            Kristen M. Santillo

CC:    AUSA Brandon Harper
           Pretrial Services Officer Andrew Abbott

SO ORDERED: N.Y., N.Y. 9/2/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371