

GELBER + SANTILLO

February 2, 2022

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/22
```

**VIA ECF**
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   *United States v. Zoraida Gonzalez*, 20-cr-199-4 (KMW)
           Modification of the Conditions of Pretrial Release

**MEMO ENDORSED**

Dear Judge Wood:

    I write on behalf of defendant Zoraida Gonzalez to seek a modification of the terms of her pretrial release. Ms. Gonzalez had been on pretrial release without incident since February 14, 2020. Under the current terms of her pretrial release, Ms. Gonzalez is permitted to travel in the Southern and Eastern Districts of New York and the District of New Jersey without prior authorization for any reason, and in the District of Connecticut without prior authorization for the purposes of work. Since her family obligations sometimes require her to travel outside of these areas, she seeks to modify the conditions of her pretrial release as follows: Travel is restricted to the Southern District of New York, Eastern District of New York, District of New Jersey and District of Connecticut unless otherwise approved by Pretrial Services. Pretrial Services and the Government have no objection to this request. I would be happy to provide any additional information the Court requires to consider this request. Thank you for your consideration of this request.

KMW
Granted

                                      Sincerely,

                                      /s/ Kristen M. Santillo
                                      Kristen M. Santillo

CC:    AUSA Brandon Harper
         AUSA Kedar Bhatia
         Pretrial Services Officer Evelyn Alvayero

**SO ORDERED:** N.Y., N.Y. 2/2/22

*Kimba M. Wood*

KIMBA M. WOOD
U.S.D.J.

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371