UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ZORAIDA GONZALEZ,

              Defendant.

-----------------------------------------------------------x

20 CR 199 (KMW)

ORDER

WHEREAS, with the defendant's consent, her guilty plea allocution was taken before a Magistrate Judge on July 14, 2022;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
        November 28, 2023

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE

Copies of this Order have been forwarded to counsel for the respective parties.