

**GELBER + SANTILLO**

January 2, 2023

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/24
```

**VIA ECF**

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Zoraida Gonzalez*, 20-cr-199-4 (KMW)

**MEMO ENDORSED**

Dear Judge Wood:

I represent defendant Zoraida Gonzalez in the above-captioned case. On December 6, 2023, Ms. Gonzalez was sentenced by this Court to a sentence of time served, with a 3-year period of supervised release. Accordingly, I respectfully request that this Court endorse this letter to direct Pretrial Services to return Ms. Gonzalez's passport. The Government has no objection to this request. Thank you for your consideration.

] Granted

Very truly yours,

/s/ Kristen M. Santillo
Kristen M. Santillo

SO ORDERED:  N.Y., N.Y.  1/4/24

_____
KIMBA M. WOOD
U.S.D.J.

Gelber & Santillo PLLC, 52 Duane Street, 7th Floor, New York, NY 10007
Tel: 212-227-4743 Fax: 212-227-7371